UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 5 WOMEN IN OAKLAND CALIFORNIA HOUSE; FREDERICK BANKS, as next friend thereto; WITCHCRAFT RIDDLER; & BLACK MAGICK BEARS CULT,<br><br>Petitioners<br><br>v.<br><br>WEDGWOOD PROPERTY CO., et al.,<br><br>Respondents. | Case No. 2:20-cv-00665-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition,

IT IS ADJUDGED THAT the above-captioned action is dismissed.

DATE: January 29, 2020

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE